# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: DEVIN RABBITT v. ROHRMAN MIDWEST MOTORS, INC.  Case Number: 1:25-CV-11312

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Rohrman Midwest Motors, Inc. d/b/a Arlington Acura

Attorney name (type or print): Kenn Brotman

Firm: K&L Gates LLP

Street address: 70 West Madison Street, Suite 3100

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6236771
(See item 3 in instructions)

Telephone Number: (312) 807-4277

Email Address: kenn.brotman@klgates.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes  ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes  ✓ No |
| Are you a member of the court's trial bar? | ☐ Yes  ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes  ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 9, 2026

Attorney signature: S/ Kenn Brotman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015