## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: DEVIN RABBITT v. ROHRMAN MIDWEST MOTORS, INC.   Case Number: 1:25-CV-11312

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Rohrman Midwest Motors, Inc. d/b/a Arlington Acura

Attorney name (type or print): Molly G. Baldock

Firm: K&L Gates LLP

Street address: 70 West Madison Street, Suite 3100

City/State/Zip: Chicago, Illinois  60602

Bar ID Number: 6348824
(See item 3 in instructions)

Telephone Number: (312) 807-4349

Email Address: Molly.Baldock@klgates.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 9, 2026

Attorney signature:  S/ Molly G. Baldock

(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015