# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: DEVIN RABBITT v. ROHRMAN MIDWEST MOTORS, INC.      Case Number: 1:25-CV-11312

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Rohrman Midwest Motors, Inc. d/b/a Arlington Acura

Attorney name (type or print): Joseph C. Wylie

Firm: K&L Gates LLP

Street address: 70 West Madison Street, Suite 3100

City/State/Zip: Chicago, Illinois  60602

Bar ID Number: 6270852
(See item 3 in instructions)

Telephone Number: (312) 807-4439

Email Address: joseph.wylie@klgates.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 9, 2026

Attorney signature: S/ Joseph C. Wylie
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015