## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Devin Rabbitt

                              Plaintiff,

v.                                               Case No.: 1:25−cv−11312
                                                              Honorable Robert W. Gettleman

Rohrman Midwest Motors, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 10, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: The court sets the following briefing schedule on defendant's Motion to Dismiss [14]: plaintiff's response due 1/30/2026; defendant's reply due 2/13/2026. Telephonic hearing set for 1/29/2026 is stricken. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.